# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRANKLIN XAVIER,**

    **Petitioner,**

    **vs-**                                         No. 03-766 DRH
                                                                           Criminal No. 01-30038 DRH

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came before the Court for a ruling on the petitioner's motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. § 2255**.

    **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED** and this case is **DISMISSED with prejudice**.

                                                        **NORBERT G. JAWORSKI, CLERK**

June  7th  , 2005                                 BY:  s/Patricia Brown
                                                                   Deputy Clerk

APPROVED: /s/   David RHerndon          EOD:
        **U.S. DISTRICT JUDGE**